**SEALED**



PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA NICOLE NICOLETTI,<br><br>Defendant. | CASE NO. 1:23-cr-00195-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 5, 2023, charging the above defendant with a violation of 18 U.S.C. § 641 – Theft of Government Money; 18 U.S.C. 1029(a)(3) – Possession of 15 or More Unauthorized Access Devices; 18 U.S.C. § 1708 – Possession of Stolen Mail; 18 U.S.C. § 1704 – Unlawful Possession of Postal Service Key; 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the

1 | warrant.

3 | DATED: October 5, 2023         Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By     /s Brittany M. Gunter
BRITTANY M. GUNTER
Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  October 5, 2023

_____
STANLEY A. BOONE
U.S. Magistrate Judge