**FILED**
Oct 10, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMANDA NICOLE NICOLETTI,<br><br>                    Defendant. | CASE NO. 1:23-CR-00195-JLT-SKO<br><br>MOTION AND ORDER TO UNSEAL CASE |

The government moves the Court to unseal the Indictment and all other filings in this case. On October 10, 2023, the defendant was arrested. She will make his initial appearance on October 11, 2023. Therefore, the case should be unsealed to advise the defendant of the charges against her.

Dated: October 10, 2023

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00195-JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| AMANDA NICOLE NICOLETTI, | |
| Defendant. | |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: October 10, 2023

*B. McAuliffe*
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

2