1 PHILLIP A. TALBERT
United States Attorney
2 BRITTANY M. GUNTER
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO.   1:23-CR-00195-JLT-SKO

12                          Plaintiff,          STIPULATION REGARDING PROTECTED
                                                INFORMATION AND PROTECTIVE ORDER
        v.
13
   AMANDA NICOLE NICOLETTI,
14
                          Defendant.
15

16

17        WHEREAS, the discovery in this case contains a large amount of personal information including

18 Social Security numbers, personal identification numbers, dates of birth, financial account numbers,

19 telephone numbers, and residential addresses ("Protected Information"); and

20        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

21 unauthorized disclosure or dissemination of this information to anyone not a party to the court

22 proceedings in this matter;

23        The parties agree that entry of a stipulated protective order is appropriate.

24        THEREFORE, the defendant, AMANDA NICOLE NICOLETTI, by and through her counsel of

25 record ("Defense Counsel"), and plaintiff the UNITED STATES, by and through its counsel of record,

26 hereby agree and stipulate as follows:

27        1.        This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

28 Criminal Procedure and its general supervisory authority;

STIPULATION AND PROTECTIVE                        1
ORDER

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery");

3.      By signing this Stipulation, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted;

4.      The discovery and information therein may be used only in connection with the litigation of this case including exhaustion of direct and collateral appellate proceedings and for no other purpose. The discovery is now and will forever remain the property of the Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case including exhaustion of direct and collateral appellate proceedings;

5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement;

6.      Defense Counsel shall be responsible for advising the defendant, as well as Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order; and

///

///

///

STIPULATION AND PROTECTIVE ORDER

2

1    7.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees

2  to withhold discovery from any new counsel unless and until substituted counsel agrees also to be bound

3  by this Stipulation and Order.

4

5  IT IS SO STIPULATED.

6

7  DATED:    October 11, 2023

8                                                                /s/ ROBERTO DULCE
                                                                 ROBERTO DULCE
9                                                                Counsel for Amanda Nicole Nicoletti

10  DATED:    October 11, 2023

11                                                               */s/* BRITTANY M. GUNTER
                                                                 BRITTANY M. GUNTER
12                                                               Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROTECTIVE        3
ORDER

1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.   1:23-CR-00195-JLT-SKO

                       Plaintiff,          STIPULATION REGARDING PROTECTED
12                                          INFORMATION AND PROTECTIVE ORDER
              v.
13
    AMANDA NICOLE NICOLETTI,
14
                       Defendant.
15

16

17
           For good cause shown, the stipulation between counsel dated October 11, 2023, in Case No.
18
    1:23-CR-00195-JLT-SKO, regarding discovery and treatment of Protected Information is approved.
19

20

21  IT IS SO ORDERED.

22
        Dated:    **October 11, 2023**            /s/ Barbara A. McAuliffe
23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

    STIPULATION AND PROTECTIVE              4
    ORDER