Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, AMANDA  NICOLETTI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:23-CR- 195-JLT/SKO |
| Plaintiff, | ) Stipulation and Order To Continue Hearing |
| | ) Reopened Motion For Pretrial Release |
| vs. | ) |
| AMANDA  NICOLETTI | ) |
| Defendants. | ) |
| | ) |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1.  A continued hearing in this matter is currently scheduled for December 28, 2023. That date was selected on December 20, 2023 as the earliest realistic date for a title change for real property proposed as security in this matter.

2.  Defense counsel has represented the following. Efforts are ongoing to vest title to the property in the proposed surety. The property is held in a trust. The trust conditions have been met and the surety is entitled to sole ownership of the property as a beneficiary of the trust. The surety/beneficiary is also one of two successor co-trustees of the trust.

1

1      3.  Counsel for the government and defense agree that it would be appropriate to continue

2  the hearing scheduled for December 28 to a date to be set by the Court and the parties..

3

4  It is so stipulated and agreed.

5  Dated:  December 27, 2023             PHILLIP A. TALBERT,
                          United States Attorney

6

7                            s/ Arin Heinz

8                           ARIN HEINZ
                         Assistant United States Attorney

9

10

11  Dated:  December 27, 2023             Respectfully submitted,

12                            s/ Kevin Rooney

13                           KEVIN P. ROONEY
                         Attorney for Defendant,

14                           AMANDA  NICOLETTI

15

16                      ORDER

17

18       Pursuant to the stipulation of the parties, the hearing regarding the re-opened motion for

19  Pretrial Release in this case shall be continued from December 28, 2023, to January 5, 2024.

20

21

22  IT IS SO ORDERED.

23  Dated:  **December 27, 2023**             /s/ *Sheila K. Oberto*

24                         UNITED STATES MAGISTRATE JUDGE

25

26

27