Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, AMANDA NICOLETTI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA NICOLETTI<br><br>Defendants. | Case No.: 1:23-CR- 195-JLT/SKO<br><br>Stipulation and Order To Continue Hearing Reopened Motion For Pretrial Release |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. A continued hearing in this matter is currently scheduled for January 5, 2024. That date was selected by the Court when the parties requested to continue an earlier hearing date pending a title change for real property proposed as security in this matter.

2. Defense counsel has represented the following. Efforts are ongoing to vest title to the property in the proposed surety and that process is expected to be completed on or about January 10, 2024. The property is held in a trust. The trust conditions have been met and the surety is entitled to sole ownership of the property as a beneficiary of the trust. The surety/beneficiary is also one of two successor co-trustees of that trust.

1

3. Counsel for the government and defense agree that it would be appropriate to continue the hearing scheduled for January 5 to January 11, 2024.

It is so stipulated and agreed.

| | |
|---|---|
| Dated:   January 3, 2024 | PHILLIP A. TALBERT,<br>United States Attorney<br><br> s/ Brittany Gunter<br>BRITTANY GUNTER<br>Assistant United States Attorney |
| Dated:  January 3, 2024 | Respectfully submitted,<br><br> s/ Kevin Rooney<br>KEVIN P. ROONEY<br>Attorney for Defendant,<br>AMANDA  NICOLETTI |

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the hearing regarding the re-opened motion for Pretrial Release in this case shall be continued from January 5, 2024, to January 11, 2024, at 2:00 before the duty magistrate judge.

Dated: 1/4/2024                                                      *Sheila K. Oberto*
                                                                               Hon. Sheila K. Oberto
                                                                               Unites States Magistrate Judge