PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br><br>                    v.<br><br>AMANDA NICOLE NICOLETTI,<br><br>                                     Defendant. | CASE NO: 1:23-CR-00195-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 5, 2024<br>TIME:  1:00 p.m.<br>COURT:  Hon. Sheila K. Oberto |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Kevin Rooney, counsel for Amanda Nicole Nicoletti ("the defendant"), that this action's **Wednesday, June 5, 2024, status conference be continued to Wednesday, August 21, 2024, at 1:00 p.m.**  The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause.  Specifically,

1.  The grand jury returned an indictment regarding this matter on September 5, 2023.  The defendant obtained new counsel and the parties agreed to and presented to the court a stipulation and proposed protective order regarding the production of third parties' personal information without redactions, which the court endorsed by way of formal order on December 11, 2023.  Dkt. 28.  The government then prepared and delivered discovery to the

1

defendant's new counsel.

2. The government provided supplemental discovery to the defense on March 14 and April 1, 2024.  The defense is and has been reviewing discovery thus far provided.

3. The government currently believes all discovery has been produced pursuant to Rule 16.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. Defense counsel needs more time to complete its review of the discovery, conduct any additional investigation, and communicate with both the defendant and government counsel about any potential pretrial resolution of this case.

5. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. The parties therefore stipulate that the period of time from June 5, 2024, through and including August 21, 2024, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


Dated:  May 29, 2024                                        PHILLIP A. TALBERT
                                                           United States Attorney


                                                    By:  /s/ BRITTANY M. GUNTER
                                                         BRITTANY M. GUNTER
                                                         Assistant United States Attorney


Dated: May 29, 2024                            By:   /s/ KEVIN ROONEY
                                                     KEVIN ROONEY
                                                     Counsel for Defendant

**O R D E R**

IT IS ORDERED that the status hearing currently set for June 5, 2024, at 1:00 pm is continued until August 21, 2024, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from June 5, 2024, through and including August 21, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 5/29/2024

*Sheila K. Oberto*

Honorable Sheila K. Oberto
United States Magistrate Judge