PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AMANDA NICOLE NICOLETTI,<br><br>  Defendant. | Case No: 1:23-CR-00195-JLT-SKO<br><br>STIPULATION AND ORDER TO: (1) VACATE AUGUST 21, 2024, STATUS CONFERENCE; (2) SET APRIL 7, 2025, TRIAL CONFIRMATION HEARING; AND (3) SET APRIL 22, 2024, TRIAL DATE |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brittany M. Gunter, on behalf of the government, and Kevin Rooney, on behalf of defendant Amanda Nicole Nicoletti ("the defendant"), that this action's: (1) August 21, 2024 status conference be vacated; (2) a trial confirmation hearing be set for Monday, April 7, 2025; and (3) a trial be set for Tuesday, April 22, 2025.

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1. The grand jury returned an indictment regarding this matter on October 5, 2023. ECF 1. On November 9, 2023, the defendant obtained new counsel and the parties agreed to and presented to the court a stipulation and proposed protective order regarding the production of

1

third parties' personal information without redactions, which the court endorsed by way of formal order on December 11, 2023. ECF 20, 28. The government then prepared and delivered discovery to the defendant's new counsel.

2. The government provided supplemental discovery to the defense on March 14 and April 1, 2024. The defense is and has been reviewing discovery thus far provided.

3. The government currently believes all discovery has been produced pursuant to Rule 16. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. On August 6, 2024, the Court issued a minute order directing the parties to select a date for trial. ECF 74. Within this same order, the court further advised that the parties may stipulate to the trial date, with an appropriate exclusion of time.

5. The parties have since met and conferred about both a trial confirmation hearing and trial date and cleared dates with chambers. In light of these efforts, the parties ask the Court to endorse their stipulation to vacate the August 21, 2024, status conference; set a trial confirmation to take place on Monday, April 7, 2025; and further set trial to commence on Tuesday, April 22, 2025. The parties estimate that trial should be completed within 3-4 full days.

6. The parties continue to be engaged in plea negotiations and are hopeful that an agreement might be reached that will eliminate the need for trial. If this matter is not resolved prior to trial, however, defense counsel will need additional time to investigate the case including potential defenses, contact potential witnesses, complete its review of discovery and supplemental discovery, and communicate with the defendant.

7. The parties identified the April 22, 2025, trial date in light of their analyses of relevant trial calendars, as well as agent and other witness availability.

8. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9. The parties therefore stipulate that the period of time from August 21, 2024, through April 22, 2025, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  August 14, 2024                              PHILLIP A. TALBERT
                                                     United States Attorney

                                             By:   /s/ BRITTANY M. GUNTER
                                                   BRITTANY M. GUNTER
                                                   Assistant United States Attorney


Dated:  August 14, 2024              By:     /s/ KEVIN ROONEY
                                             KEVIN ROONEY
                                             Attorney for Defendant
                                             Amanda Nicole Nicoletti


**O R D E R**

IT IS HEREBY ORDERED that,

(1) the status conference currently set for Wednesday, August 21, 2024, is vacated;

(2) a trial confirmation hearing is set for Monday, April 7, 2025; and

(3) a trial date is set for Tuesday, April 22, 2025.

IT IS FURTHER ORDERED THAT the period of time from August 21, 2024, through October April 22, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the

3

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**August 15, 2024**__     /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE