MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA NICOLE NICOLETTI,<br><br>Defendant. | Case No: 1:23-CR-00195-JLT-SKO<br><br>STIPULATION TO CONTINUE THE TRIAL, THE TRIAL CONFIRMATION HEARING, AND THE MOTIONS HEARING DATES; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brittany M. Gunter, on behalf of the government, and Kevin Rooney, on behalf of defendant Amanda Nicole Nicoletti ("the defendant"), that this action's: (1) trial be continued to December 9, 2025; (2) trial confirmation hearing be continued to November 3, 2025; and (3) the motions hearing be continued to November 3, 2025, the same date as the trial confirmation hearing.

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1. On February 21, 2025, the Court continued the trial date for this case to July 15, 2025, with a trial confirmation hearing and motions hearing on June 30, 2025. ECF 78.

2. On May 23, 2025, the government sent a plea offer to the defendant through her counsel.

1

3. On June 13, 2025, the parties discussed the case and agreed the case will likely resolve by plea agreement. However, there are a few details from the agreement to work out.

4. Defense counsel needs additional time to meet with his client about the plea offer, discuss whether she wants to accept the plea offer or proceed to trial, and to prepare according to her decision. Defense counsel also needs additional time to prepare a response related to the plea offer.

5. The parties continue to be engaged in plea negotiations and believe that an agreement will be reached that will eliminate the need for trial. If this matter is not resolved prior to trial, however, defense counsel will need additional time to investigate the case including potential defenses, contact potential witnesses, complete its review of discovery and supplemental discovery, and communicate with the defendant.

6. Based on the defense's need for additional time, the parties met and conferred about new trial, trial confirmation hearing, and motions hearing dates and cleared the agreed upon dates with chambers. In light of these efforts, the parties ask the Court to 1) continue the trial to December 9, 2025; 2) continue the trial confirmation hearing to November 3, 2025; and 3) continue the motions hearing to November 3, 2025.

7. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The parties therefore stipulate that the period of time from July 15, 2025, through December 9, 2025 is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh

///

///

the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: June 17, 2025                           MICHELE BECKWITH
                                               Acting United States Attorney

                                       By: /s/ BRITTANY M. GUNTER
                                           BRITTANY M. GUNTER
                                           Assistant United States Attorney


Dated: June 17, 2025           By:     /s/ KEVIN ROONEY
                                       KEVIN ROONEY
                                       Attorney for Defendant
                                       Amanda Nicole Nicoletti


**O R D E R**

IT IS ORDERED that:

(1) **the trial is continued to December 9, 2025**;

(2) **the trial confirmation hearing is continued to November 3, 2025**; and

(3) **the motions hearing is continued to November 3, 2025**.

IT IS FURTHER ORDERED THAT the period of time from July 15, 2025, through and including December 9, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 18, 2025**                    /s/ Jennifer L. Thurston
                                              UNITED STATES DISTRICT JUDGE

3