Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, AMANDA NICOLLETI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:23-CR-00195 |
| Plaintiff, | ) MOTION TO EXONERATE PROPERTY |
| vs. | ) BOND PLEDGED IN THS CASE; ORDER THEREON |
| AMANDA NICOLLETI, | ) |
| Defendant. | ) |

Defendant AMANDA NICOLLETI, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court to exonerate the property bond which guaranteed Ms. Nicolleti' appearance in this case.

On or about February 15, 2024, a property bond was posted and Ms. Nicolleti was released from custody. Subsequently, Ms. Nicioletti was sentenced in this case and timely reported to the Bureau of Prisons to serve her sentence.

Ms. Nicolleti respectfully requests the Court exonerate the property bond which previously secured her release, APN 089-630-021-000, as documented in Deed Of Trust Number 2024-0007001, Official Records of Tulare County, California, posted with the Court on or about February 15, 2024.

Dated: May 6, 2026                    /s/ Kevin Rooney
                                      Kevin P. Rooney
                                      Attorney for Defendant, Amanda Nicolleti

## **ORDER**

IT IS ORDERED THAT the above request for the Court to exonerate the property bond on behalf of Amanda Nicoleti in this case, more specifically APN 089-630-021-000, as documented in Deed Of Trust Number 2024-0007001, Official Records of Tulare County, California, posted with the Court on or about February 15, 2024, is hereby granted; and the said property bond posted in this case is exonerated and a reconveyance to its owner(s) shall be issued.

IT IS SO ORDERED.

Dated:   **May 6, 2026**                    /s/ _Erica P. Grosjean_
                                                     UNITED STATES MAGISTRATE JUDGE